UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS,

           Plaintiff,

v.

JAY INSLEE, *et al*,

           Defendants.

Case No. C23-5604-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses thereto, and the remaining record, finds and ORDERS as follows:

(1)     The Report and Recommendation is approved and adopted.

(2)     Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is DENIED.

(3)     Plaintiff's proposed complaint (dkt. # 1-1) and this action are DISMISSED without prejudice.

ORDER DISMISSING ACTION - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 22nd day of November, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION - 2